# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Mehrdad Fotoohighiam ;
**County of Residence:** Boone County

**Defendant(s):**
First Listed Defendant:
City of Columbia, Missouri ;
**County of Residence:** Boone County

Additional Defendants(s):
Columbia Police Department ;
BOONE COUNTY PROSECUTORS OFFICE, ;
PROSECUTOR ROGER JOHNSON, ;
OFFICER STEVEN LEE WILMOTH ;
OFFICER JON LOGAN ;
OFFICER ANTHONY PERKINS ;
JENNIFER WILSON ;
SCOTT CHRISTOPHER ;
ALI RASTKAR ;
MARCIA GREEN ;

**County Where Claim For Relief Arose:** Boone County

**Plaintiff's Attorney(s):**
Sean William Pickett (Mehrdad Fotoohighiam)
Sean W Pickett & Associates, LLC
1501 Iron Street
NORTH KANSAS CITY, Missouri 64116
**Phone:** 8164721600
**Fax:** 8164720200
**Email:** swp@kclawoffice.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights
**Cause of Action:** This action is brought pursuant to 42, U.S.C. §1983 and state law to remedy the deprivation under the color of law of Fotoohighiam's rights guaranteed by the United States Constitution. This Court has federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):**
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/Sean W. Pickett

**Date:** 08/21/2024     Case 2:24-cv-04142-MDH     Document 1-1     Filed 08/21/24     Page 1 of 1

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.