IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MERHDAD FOTOOHIGHIAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CITY OF COLUMBIA, MISSOURI, )<br>COLUMBIA POLICE DEPARTMENT )<br>BOONE COUNTY PROSECUTORS OFFICE )<br>and, )<br>)<br>PROSECUTOR ROGER JOHNSON, )<br>OFFICER STEVEN LEE WILMOTH, )<br>OFFICER JON LOGAN, OFFICER )<br>ANTHONY PERKINS, in their official )<br>capacities, and )<br>)<br>JENNIFER WILSON, SCOTT (SCOTTY) )<br>CHRISTOPHER, ALI RASTKAR, MARCIA )<br>GREEN, in their individual capacities, )<br>)<br>Defendants. ) | Case No. 2:24-cv-04142-MDH |

**ORDER**

Before the Court is Plaintiff's Motion for Default Judgment against Defendant Justin Todd. (Doc. 83). Plaintiff argues that Defendant Todd was properly served with the Summons and Complaint on May 22, 2025. However, the docket shows that Defendant Todd was never served in this case, nor is he even a party.

"[An] entry of default under Rule 55(a) must precede grant of a default judgment under Rule 55(b)." *Johnson v. Dayton Elec. Mfg. Co.,* 140 F.3d 781, 783 (8th Cir. 1998) (citations omitted). "A default judgment cannot be entered until the amount of damages has been ascertained." *Hagen v. Sisseton-Wahpeton Cmty. Coll*., 205 F.3d 1040, 1042 (8th Cir. 2000). Plaintiffs must prove damages by a preponderance of the evidence. *Whitesell Int'l Corp. v. Smith*

*Jones, Inc.,* 827 F. Supp. 2d 964, 967 (S.D. Iowa 2011) (citing *Everyday Learning Corp. v. Larson,* 242 F.3d 815, 818 (8th Cir.2001). "Once the amount of damages has been established, the court may enter judgment pursuant to the rule." *Stephenson v. El-Batrawi*, 524 F.3d 907, 916 (8th Cir. 2008).

In review of the record, the Court finds that Justin Todd is not a defendant in this case. Plaintiff brings no cause of action against Justin Todd nor is there any record of him in this case. As Justin Todd is not a party in this case, the Court finds that entry of default, and by extension Plaintiff's Motion for Default Judgment against Mr. Todd to be improper. For the reasons stated, Plaintiff's Motion for Default Judgment against Mr. Todd is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 6, 2025    /s/ Douglas Harpool
**DOUGLAS HARPOOL**
**United States District Judge**