| | |
|---|---|
| MERHDAD FOTOOHIGHIAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 2:24-CV-04142-MDH |
| | ) |
| THE CITY OF COLUMBIA, MISSOURI, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## *DEFENDANT ALI RASTKAR'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF SERVICE*

COMES NOW Defendant Ali Rastkar, in his individual capacity and for the limited purposes of challenging service, by and through his undersigned counsel, pursuant to Fed R. Civ. P. 4(m), and for his Motion to Dismiss Plaintiff's Complaint, states as follows:

1.      On June 30, 2025, Plaintiff filed a Motion for Default Judgment as to Ali Rastkar. *See generally* Doc. No. 82.

2.      On July 7, 2025, the Court entered *pro se* correspondence it received from Mr. Rastkar, in which Mr. Rastkar challenged proper service upon him by Plaintiff; the same day, the Court entered an Order acknowledging that Mr. Rastkar was challenging service and ordered "Plaintiff to respond to the issue of effective service of process raised [by Mr. Rastkar]." *See* Doc. Nos. 84 and 85.

3.      On July 11, 2025, counsel for Mr. Rastkar entered their appearances and filed a brief in which they argued that Mr. Rastkar was not properly served pursuant to Fed. R. Civ. P. 4(e). *See generally* Doc. No. 93.

4. On October 2, 2025, the Court entered an Order denying Plaintiff's Motion for Default Judgment, finding "that service on Defendant Rastkar was not proper;" the Court ordered that "Plaintiff is to serve Defendant Rastkar within thirty (30) days of this Order or risk Defendant Rastkar being dismissed from the case." *See* Doc. No. 121, pp. 3–5.

5. Fed. R. Civ. P. 4(m) states, in relevant part, that "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

6. As of the date of this motion, Mr. Rastkar has not been properly served pursuant to Fed. R. Civ. P. 4(e), nor has Plaintiff filed anything with the Court suggesting that service has been accomplished, nor has Plaintiff requested any additional time.

7. Plaintiff has also failed to comply with the Court's Order regarding effectuating service upon Mr. Rastkar.

8. Mr. Rastkar moves the Court to dismiss the Complaint for lack of service for the above reasons.

9. As a final matter, due to the limited scope of issues raised by this motion, Mr. Rastkar respectfully requests leave to file this motion without suggestions in support as is generally required by Local Rule 7.0(a).

WHEREFORE, Defendant Ali Rastkar, in his individual capacity and for the limited purposes of challenging service, prays that the Court enter an Order dismissing the above-captioned lawsuit, and for any such other and further relief the Court deems just and proper under the circumstances.

2

/s/ Maxwell L. Knudsen
Robert T. Plunkert  #62064MO
Maxwell L. Knudsen   #72886MO
PITZER SNODGRASS, P.C.
Attorneys for Defendant Ali Rastkar, in his
individual capacity
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
Email: plunkert@pspclaw.com
Email: knudsen@pspclaw.com

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following or U.S. mail for parties not registered with CM/ECF, on this 7th day of January, 2026:

Mehrdad Fotoohighiam
thebanyaziz@gmail.com
*Plaintiff*

/s/ Maxwell L. Knudsen

3