From: Sean Pickett swp@kclawoffice.com

Sub_ject: Fwd: Termin,ation notice

Date: Dec 10, 2025 at 2:57:00 PM

To: Ahmad Zaher azaher@advantalaw.com, Shiraz Khan
shirazkkhanjd@gmail.com, Daniela Davis. Office dad@kclawoffice.com

Sent from my iPhone

Begin forwarded message:

**From:** thebanv.aziz@gmail.com

**Date:** December 7, 2025 at 12:57:43 PM CST

**To:** swp@kclawoffice.com

**Subject: Termination notice**

**Sean W. Pickett**

1501 Iron Street

Kansas City, MO 64116

SWP@KCLAWOFFICE.COM

Please be informed that I hereby terminate your services and association, as one of the attorneys (local agent), in my two federal cases 2:24-CV-04142 and 2:24-CV-4182, effective December 1, 2025.

Please refrain from any involvement with either case as I specified above, starting the effective date of December 1, 2025.

I have informed my main attorneys in both cases, **Mr. Ahmad Zaher** and **Mr. Shiraz K. Khan** to that effect, who will notify the court accordingly.

Sincerely yours,

**Dr. Mehrdad Fotoohighiam**

📱: 573-818-57942

: thebanyaziz@gamil.com